IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNEST MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:16-cv-01571-M |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Response to the Court's Order to Show Cause [Docket Entry #7]. Plaintiff states that he has not obtained local counsel because the case has settled. Plaintiff is **ORDERED**, by August 4, 2016, to file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a), or executed dismissal papers.

**SO ORDERED.**

July 21, 2016.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**

1