IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNEST MARTINEZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | No.  3:16-cv-01571-M |
| STATE FARM LLOYDS, | § § | |
| Defendant. | § § | |

## ORDER DISMISSING CLAIM WITH PREJUDICE

The Court's Order of June 23, 2016, instructed Plaintiff to file, within seven days, either the entry of appearance of local counsel or a motion for leave to proceed without local counsel, in compliance with Local Rule 83.10(a).  Plaintiff did not comply with that Order.  On July 14, 2016, the Court ordered Plaintiff to show cause for his failure to comply, and stated that, if he failed to do so, the case would be dismissed for failure to comply with Orders of the Court [Docket Entry #6]. Plaintiff responded to that Order, stating that he had not obtained local counsel, because the case had settled.  [Docket Entry #7].

The Court then ordered Plaintiff to file, by August 4, 2016, the entry of appearance of local counsel satisfying the requirements of the Local Rules or executed dismissal papers [Docket Entry #8].  Plaintiff did not comply with that Order.  On August 18, 2016, the Court ordered Plaintiff to file the entry of appearance of local counsel satisfying the requirements of the Local Rules or execute dismissal papers by August 26, 2016. [Docket Entry #10]. Plaintiff did not comply with that Order. Therefore, this action is **DISMISSED with prejudice** under Federal Rule of Civil Procedure 41(b) as a sanction for repeatedly failing to comply with Orders of this Court.  *Link v. Wabash R.R. Co*., 370 U.S. 626, 630–33 (1962).

**SO ORDERED.**

September 1, 2016.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**